ALLEN HYMAN, ESQ. (SBN: 73371)
LAW OFFICES OF ALLEN HYMAN
10737½ Riverside Drive
North Hollywood, California 91602
Telephone: (818) 763-6289
Facsimile: (818) 763-4676
E-Mail: lawoffah@aol.com

Attorney for Plaintiffs,
ANTHONY and MARY KLING

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**
**(WESTERN DIVISION**)

ANTHONY KLING, an individual; ) Case No.
MARY KLING, an individual )
                                 ) **COMPLAINT FOR:**
                   Plaintiffs, ) **COPYRIGHT INFRINGEMENT**
                                 )
         v. ) **(Demand for Jury Trial)**
                                 )
CABLE NEWS NETWORK, INC., )
                                 )
                  Defendant. )
                                 )
_____ )

Plaintiffs Anthony Kling and Mary Kling (collectively "KLING"), for their complaint against Cable News Network, Inc., (CNN) allege as follows:

**I**
**FOR COPYRIGHT INFRINGEMENT**
**JURISDICTION**

1. Pursuant to 28 U.S.C. 1338, this United States District Court has original jurisdiction over the claim alleged in this proceeding, in that, plaintiffs assert a claim for copyright infringement. "The district court shall have original jurisdiction of any civil action arising under any Act of Congress relating to...copyrights," (28 U.S. § 1338).

1
COMPLAINT FOR DAMAGES

2. Plaintiffs Anthony Kling and Mary Kling are citizens of Los Angeles, California. Defendant CCN, is a corporation incorporated in the state of Delaware with its principal office located at, One CNN Center, Atlanta, GEORGIA 30303, (Exhibit No. 1).

**VENUE**

3. Pursuant to 28 U.S.C. 1400 (a), "...a Civil Actions, suit or proceedings arising under any Act of Congress relating to copyrights ...may be instituted in the district in which the defendant or his agent resides or may be found..." Defendant CNN is found in the Central District of California, having a News Bureau located in Burbank, California, and having CNN's agents which "may be found" in the Central District of California.

**THE COPYRIGHTED WORK**

4. The Texaco Star Theatre was a television variety show launched on June 8, 1948, and continued to 1956. The host of the television show was Milton Berle.

5. Shortly after the launch of the show, Heywood Kling ("Woody Kling") and Buddy Arnold wrote the lyrics and composition of the theme song entitled "We Are The Men Of Texaco" or "The Texaco T.V. Star Theatre Theme Song."

6. The Texaco Theatre Theme song became widely known and recognized, and long after the end of the Texaco Star Theatre, the song had been licensed for use by its creators and successors-in-interest in different media.

7. On April 23, 1976, Heywood Kling and Buddy Arnold registered the Texaco Theatre Theme Song with the U.S. Copyright Office and obtained Registration Number Eu672692. A copy of the

registration certificate for the Texaco Star Theatre Theme Song is attached as Exhibit No. 2.

8. Heywood Kling passed away in 1988 and the copyright was conveyed by operation of law to his successors, Anthony Kling and Mary Kling. Anthony Kling and Mary Kling transferred the copyright and all rights of Heywood Kling including contractual and licensing rights to the Kling Corporation, a California corporation that they jointly owned.

9. On January 3, 2020 Mary Kling as the director of the Kling Corporation filed a certificate of dissolution of the Kling Corporation, (Exhibit No. 3) with the California Secretary of State. Pursuant to California Corporations Code 2004 and 2006, upon dissolution of the Kling Corporation the shareholders become the owners of Eu672692 copyright.

10. Anthony Kling and Mary Kling are and remain the owners of the 1976 Registration EU672692: "lyrics and music of song WE ARE THE MEN OF TEXACO aka The Texaco Star Theater Theme Song," (Exhibit No. 2). Anthony Kling and Mary Kling are also the owners of the 2012 Registration PA0001798775 Registration titled "Introduction To We Are the Men of Texaco," (Exhibit No. 4) an introductory element not included in the deposit supporting the 1976 Eu672692 Registration.

**THE CNN PROGRAM**

11. In 2021, CNN undertook to create an entertainment program entitled, "A CNN Special," "Where Have All the Theme Songs Gone," ("CNN PROGRAM"). In the CNN PROGRAM, CNN commentators would comment on famous and well known television theme songs, and at times sign along with the theme songs.

1    12.  The CNN PROGRAM was aired on July 26, 2021 from 5:00
2 to 6:00 P.M.  The show featured Don Lemon, Robert J. Thompson,
3 Christopher Knight and others. On information and belief, the show
4 was distributed internationally, and aired on at least a second
5 occasion.
6    13.  The CNN PROGRAM included the musical composition of
7 "We Are The Men Of Texaco."

## CNN REQUESTS A LICENSE FROM THE KLINGS

9    14.  From July 20, 2021 to October 21, 2021, defendant
10 CNN and their agents attempted to obtain a license from the KLINGS
11 to use the KLING copyrighted composition "We Are The Men Of Texaco"
12 on the CNN PROGRAM.
13    15.  On July 20, 2021, prior to the airing of the CNN
14 PROGRAM, an agent of CNN, Evan M. Greenspan of Evan M. Greenspan
15 Inc., 4181 Sunset Drive, 2nd Floor Studio City, CA 91604, contacted
16 the Klings, (Exhibit No. 5) "Attached please find a Document for
17 the use of the Song "WE ARE THE MEN OF TEXACO IN WHERE DID ALL THE
18 THEME SONGS GO."  "Please contact the attached as your earliest
19 convenience and contact me if the are any questions." "Best
20 Regards, EMB Licensing Evan M. Greenspan, Inc.," (Exhibit No. 5).
21    16.  On July 21, 2021. Anthony Kling wrote to Ms.
22 Lefkowitz: "This week one of my family's other companies, Heywood
23 Kling Productions/Heywood publisher received a music licensing
24 request for CNN from a third party company here in Los Angeles for
25 the song "WE ARE THE MEN OF TEXACO, a song that my father wrote and
26 that my family owns." "Can you please forward my contact
27 information to the CNN person handling this matter so I can speak
28 with him/her directly to expedite this," (Exhibit No. 6).

4
COMPLAINT FOR DAMAGES

17. On July 26, 2021, Anthony Kling wrote to David Viglante, of CNN: "This firm does not handle business through third parties. If your company, CNN wants to use my client's song WE ARE THE MEN OF TEXACO, CNN must contact this firm directly, (Exhibit No. 7).

18. On Monday July 26, 2021, Steve Kiehl of Warner Media wrote to Anthony Kling, (Exhibit No. 8) stating: "You should be hearing from Lloyd Cook who CNN has authorized to handle this. Please let me know if you have any questions," (Exhibit No. 8).

19. On July 28, 2021, Andrea White of CNN wrote to Anthony Kling, (Exhibit No. 9) and stated: "I work in the music department at CNN and have been asked to contact you regarding clearance of "We Are The Men Of Texaco" in the CNN Don Lemon show "Where Did All the theme Song Go?" "I would like to request clearance of the composition based on the same terms as the other compositions in the program," (Exhibit No. 9). The terms identified were: "Term," "Two (2) Years." Media "All Television Media (regardless of delivery methods) Internet Streaming (includes social media & wireless digital) limited to CNN domestic and international, HLN, and affiliated networks and platforms (includes in-context promos)." "Territory: worldwide."

20. On August 3rd and 17th, 2021, Evan M. Greenspan, Inc., 4181 Sunset Drive, 2nd Floor Studio city CA 91604 again contacted Tony Kling, stating: "Attached please find a document for use of the song "We are the Men of Texaco" in "Where did all the Theme Songs Go," (Exhibit No. 10).

//
//

21. On October 13, 2021, Anthony Kling received an e-mail from Andrea White "Our legal team reviewed the clip and determined that the use of the song in the context constitute permissible fair use which does not require a license," (Exhibit No. 11).

22. The Plaintiffs allege that defendant CNN willfully infringed the plaintiff's musical composition.

WHEREFORE, Anthony and Mary Kling seeks an award of damages, against CNN as follows:

1. For damages according to proof;
2. In the alternative for statutory damages;
3. For costs of suit;
4. For attorney Fees;
5. For injunctive relief, and
6. For such other relief as the Court may deem appropriate.

LAW OFFICES OF ALLEN HYMAN

Dated: June 2, 2023          By: ___/s/ Allen Hyman_____
                                 Allen Hyman
                                 Attorney for Plaintiffs,
                                 Anthony and Mary Kling

**DEMAND FOR JURY TRIAL**

Plaintiffs Anthony and Mary Kling by and through their counsel, makes and submits this demand for a Jury Trial (Local Rule 38-1).

Dated: June 2, 2023             /s/ Allen Hyman
                                Allen Hyman
                                Attorney for Plaintiffs,
                                ANTHONY and MARY KLING