UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 23-04383-FMO (MRWx) | Date | June 30, 2023 |
|---|---|---|---|
| Title | Anthony Kling et al v. Cable News Network, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Gabriela Garcia | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Required Copyright, Patent, and Trademark Reporting Requirements

On June 6, 2023, the Clerk issued a Notice to Counsel Re: Copyright, Patent, and Trademark Reporting Requirements (Dkt. 9) due within 10 days of the notice. To date, counsel has not complied with the reporting requirements (See, generally, Dkt.).

Plaintiff is ordered to show cause, in writing, no later than **July 12, 2023,** why this action should not be dismissed for lack of prosecution. Pursuant to Fed. R. Civ. P. 78(b), the court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of the appropriate AO-120 and/or AO-121 form on or before the above date as an appropriate response to this Order to Show Cause.

Failure to file a timely response to this Order to Show Cause shall result in the action or the above defendant(s) being dismissed for lack of prosecution and for failure to comply with the orders of the court. See Local Rule 41; Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 : 00 |
|---|---|
|  | Initials of Preparer   gga |